

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00448-CR

BRANDON JOE LANGFORD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 68098-A, Honorable Dan L. Schaap, Presiding

January 21, 2014

## ON ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Brandon Joe Langford appeals from his conviction for theft. Sentence was imposed on November 18, 2013, and his notice was filed on December 9, 2013. Therefore, the clerk's and reporter's records were due to be filed on January 17, 2014. On January 15, 2014, we received a request from the court reporter requesting an extension of time wherein she stated that 1) appellant had not submitted a request for preparation and/or written designation for the record, 2) appellant had not paid or made arrangements to pay for the record and 3) counsel for appellant purportedly advised the

trial court that appellant did not wish to appeal. However, a notice of appeal was filed by appellant.

Accordingly, we abate this appeal and remand the cause to the 47th District Court (trial court) for further proceedings. Upon remand, the trial court shall determine the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent; and, if so,

3. whether appellant is entitled to a free record.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by February 20, 2014. Should further time be needed to perform these tasks, then same must be requested before February 20, 2014. Furthermore, the court reporter's request for an extension of time is granted, and the reporter's record will not be due until further notice from this court.

It is so ordered.

Per Curiam

Do not publish.